UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDITH ANNE MOLONEY,

    Plaintiff,

    v.

JEH JOHNSON, et al.,

    Defendants.

Case No. 17-cv-00303-RS

**ORDER SETTING BRIEFING SCHEDULE**

Plaintiff shall effect service on the U.S. Attorney's office of summons, complaint, her application for a temporary restraining order, and this order, forthwith, and shall immediately thereafter file proof of service.  Assuming the U.S. Attorney's office receives notice of this order no later than 5:00 p.m. today, it is requested to file a response to the application for a temporary restraining order as soon as practicable, but no later than 11:59 p.m. on Tuesday, January 24, 2017.

**IT IS SO ORDERED**.

Dated: January 23, 2017

RICHARD SEEBORG
United States District Judge