BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

RAVEN M. NORRIS (CABN. 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    Fax: (415) 436-6748
    Raven.norris@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Judith Anne Moloney,<br><br>    Plaintiff,<br><br>v.<br><br>LEON RODRIGUEZ, Director, United States Citizenship and Immigration Services; U.S. Department of Homeland Security; MARK HAZUDA, Nebraska Service Center Director, U.S. Citizenship and Immigration Services; and Jeh Johnson, Secretary, Department of Homeland Security.<br><br>    Defendants. | 17-cv-0303-RS<br><br>**STIPULATION TO DISMISS MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION AS MOOT AND [~~PROPOSED~~] ORDER** |

      Plaintiff Judith Anne Moloney, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of Plaintiff's Motion for Temporary Restraining Order, and Motion for Preliminary Injunction as moot in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's Applications for Employment Authorization and Advance Parole.

      The Parties are not dismissing Plaintiff's Petition for Writ of Mandamus at this time but are working toward a resolution that may result in dismissal of the Petition at a later date.

Each of the parties shall bear their own costs and fees.

**SO STIPULATED**.

Date:   January 24, 2017                           Respectfully Submitted,

/s/ Zachary Nightingale
ZACHARY NIGHTINGALE
Attorney for Plaintiff
Judith Anne Moloney

Dated: January 24, 2017                            BRIAN J. STRETCH
United States Attorney

/s/Raven M. Norris
RAVEN M. NORRIS [1]
Assistant United States Attorney
Attorneys for United States

---

[1] I, Raven M. Norris, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

1   **[~~PROPOSED~~] ORDER**

2   The Court, having considered the Stipulation To Dismiss Plaintiff's Motion for Temporary

3   Restraining Order and Motion for Preliminary Injunction As Moot, and good cause appearing, hereby

4   ORDERS the Motion DISMISSED AS MOOT, and the parties shall each bear their own costs and

5   attorney's fees.

6       **IT IS SO ORDERED.**

7   Dated: 1/24/17

        _/s/ Richard Seeborg_
        RICHARD SEEBORG
8       United States District Judge