1 Zachary Nightingale (California Bar #184501)
Genna Beier (California Bar #300505)
2 Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
3 San Francisco, California 94104
Telephone:  (415) 981-3000
4 Facsimile:  (415) 981-3003
Email: ndca@vblaw.com
5

6 Attorneys for Plaintiff
Judith Anne MOLONEY
7

8

9                UNITED STATES DISTRICT COURT FOR THE

10                NORTHERN DISTRICT OF CALIFORNIA

11

12
Judith Anne MOLONEY,                          Case No.  3:17-cv-00303-RS
13
                      Plaintiff,
14
                                              [PROPOSED] ORDER
15            v.                               GRANTING
                                              STIPULATED MOTION
16 León RODRÍGUEZ, in his Official Capacity, Director,    TO DISMISS PETITION
U.S. Citizenship and Immigration Services, U.S.   FOR WRIT OF
17 Department of Homeland Security; MARK HAZUDA,  MANDAMUS AS MOOT
in his Official Capacity, Nebraska Service Center
18 Director, U.S. Citizenship and Immigration Services;   Immigration Case, Administrative
and John F. KELLY, in his Official Capacity,      Procedure Act Case
19 Secretary, U.S. Department of Homeland Security
20                                            Agency No.: A#089-831-791
                      Defendants.
21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~] ORDER**

2

3

    The Court, having considered the Stipulation To Dismiss Plaintiff's Petition for Writ of

4

Mandamus as Moot, and good cause appearing, hereby ORDERS the Petition DISMISSED AS

5

MOOT, and the parties shall each bear their own costs and attorney's fees.

6

    **IT IS SO ORDERED.**

7

8

Dated: 2/9/17

9

                                                    Richard Seeborg
10
                                                    United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28